1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED
DEC 27 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>338 ½ S. 'M' St,<br>Dinuba, California 93618<br><br>333 W. Vetter Drive<br>Tulare, California 93274<br><br>15520 Avenue 296 Space #11<br>Visalia, California 93277 | SW-F 07-00254<br>    07-00255<br>    07-00256<br><br>ORDER TO UNSEAL SEARCH WARRANT<br>AFFIDAVIT AND WARRANTS |

The search warrant affidavit in this case having been sealed by Order of this Court on December 6, 2007, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

DATED: 12/27/07                    _____
                                   UNITED STATES MAGISTRATE JUDGE